### JOSEPH MYERS AND OTHERS *v.* TOWN OF POWNAL.

On the dismissal of a petition for a writ of *certiorari*, *mandamus*, or other like writ, it rests in the discretion of the court to allow or refuse costs to the petitionee.

THIS was a petition for a writ of *certiorari* to the county court, to bring up the record of their proceedings in laying a road, assess-

Myers et al. *v.* Pownal.

ing damages, &c. On hearing, the granting the writ was refused by this court. The petitionees then moved to dismiss the petition, and to be allowed their costs.

BY THE COURT. The petition must be dismissed;—and no costs will follow, unless specially allowed by the court,—costs not following judgment as a matter of course, either on the granting, or refusing to grant, a writ of *certiorari, mandamus,* or other like writ resting in the discretion of the court, any more than in chancery. But in this case we think that the petitionees are entitled to costs.